UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD B. SMITH, JR.

    Defendant.

Case No. 20-cr-20060

HON. MATTHEW F. LEITMAN
United States District Judge

## ORDER PERMITTING FIREARMS AND AMMUNITION TO BE BROUGHT INTO THE COURTHOUSE FOR USE AS TRIAL EXHIBITS

Based on the reasons stated in the government's oral motion for an order permitting firearms and ammunition to be brought into the courthouse for use as trial exhibits, and under local Administrative Order 95-079, it is hereby ordered that beginning August 9, 2022, all Deputy U.S. Marshals and Court Security Officers shall permit ATF SA Dustin Hurt, case agent in this case, or an officer acting as SA Hurt's designee, to bring into the United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan, the following:

    a. An Anderson Manufacturing, model AM-15, .223/5.56mm caliber semiautomatic pistol;

    b. A Sturm & Ruger, Model LCP, .390 ACP caliber semiautomatic pistol;

      c. a Taurus, Model 85, .38 Special caliber revolver; and,

      d. assorted ammunition

It is further ordered that the firearms and ammunition shall be handled in accordance with Administrative Order 95-079, which provides in relevant part:

> 2.    Upon arriving at the courthouse, the case agent bringing with them firearms to be admitted as exhibits in a scheduled trial will announce their intentions and present the court order to the Court Security Officers at the security screening posts.
>
> 3.    Once notified, the Court Security Officer will escort the case agent, along with the firearms[,] into the Marshals Service office where the firearms will be inspected and secured by Supervisory Deputy United States Marshals.
>
> 4.    Once the firearms are determined to be safe, the Court Security Officer and the case agent will transport the firearms to the designated courtroom where the case agent will be responsible for the security of the firearms. For the duration of the trial, it will be the responsibility of the case agent to coordinate with the Marshals Service to facilitate the transport of the firearms by Marshals Service personnel to and from the appropriate courtroom. During trial, the case agent will be responsible for the security of the firearms.
>
> 5.    Once the trial is completed, the court order will expire and the firearms will be removed from the courthouse by the case agent.

It is also ordered that the firearms may be stored in the U.S. Marshals Service vault during overnight and other breaks in the trial.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 26, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 26, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126